**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **IRIS ENERGY LIMITED** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | N/A |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **216, Level 6, Rosa Marina Bldg. Marina Seafront PIETA PTA 9014 MALTA** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.goldenpeakscapital.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **IRIS ENERGY LIMITED**                                      Case number (*if known*) _____
Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___2211___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

| Debtor | **IRIS ENERGY LIMITED** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | | | Relationship | **Affiliate** |
|---|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **See Rider 1** | | | |
| | District | **Southern District of Texas, Houston Division** | When | Case number, if known | |

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
            Contact name   _____
            Phone          _____

---

|  | **Statistical and administrative information** |
|---|---|

**13.  Debtor's estimation of available funds**   .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ■ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ■ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **IRIS ENERGY LIMITED**                                    Case number (*if known*) _____
          Name

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 29, 2026**
               MM / DD / YYYY

**X** **/s/ Jame Donath**                                  **Jame Donath**
Signature of authorized representative of debtor           Printed name

Title    **Non-Executive Director**

**18. Signature of attorney**

**X** **/s/ Benjamin L. Wallen**                           Date    **May 29, 2026**
Signature of attorney for debtor                                   MM / DD / YYYY

**Benjamin L. Wallen**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**700 Louisiana Street**
**Suite 4500**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone    **713-691-9385**        Email address    **bwallen@pszjlaw.com**

**24102623 TX**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

**Rider 1**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the affiliated entities listed below (collectively, the "Debtors"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

1.  ALPHA ENERGY MALTA LIMITED
2.  ALPHA RENEWABLE ENERGY sp. z o.o.
3.  AZURE ENERGY LIMITED
4.  AZURE RENEWABLE ENERGY sp. z.o.o.
5.  BRAVO RENEWBLE ENERGY sp. z o.o.
6.  CHARLIE BIS RENEWABLE ENERGY sp. z o.o.
7.  CHARLIE RENEWBLE ENERGY sp. z o.o.
8.  DE RENEWABLE ENERGY HOLDING LIMITED
9.  DELTA RENEWABLE ENERGY LIMITED
10. DELTA RENEWABLE ENERGY sp. z o.o.
11. ECHO RENEWABLE ENERGY LIMITED
12. ECHO RENEWABLE ENERGY sp. z o.o.
13. FOXTROT RENEWABLE ENERGY LIMITED
14. FOXTROT RENEWABLE ENERGY sp. z o.o.
15. GAMMA ENERGY LIMITED
16. GAMMA RENEWABLE ENERGY sp. z o.o.
17. GOLDENPEAKS BESS POLAND HOLDING LIMITED
18. GOLDENPEAKS BESS POLAND LIMITED
19. GOLDENPEAKS POLAND HOLDING LIMITED
20. GOLDENPEAKS POLAND LLC
21. HELIOS ENERGY LIMITED
22. HELIOS RENEWABLE ENERGY sp. z o.o.
23. IRIS ENERGY LIMITED
24. IRIS RENEWABLE ENERGY sp. z o.o.
25. JUNO ENERGY LIMITED
26. JUNO RENEWABLE ENERGY sp. z o.o.
27. LETO ENERGY HOLDING LIMITED
28. LETO ENERGY LIMITED
29. LETO RENEWABLE ENERGY LIMITED
30. LETO RENEWABLE ENERGY sp. z o.o.
31. PROJECT BRAVO MALTA LTD
32. PROJECT CHARLIE SPC LIMITED
33. RHEA RENEWABLE ENERGY LIMITED
34. RHEA RENEWABLE ENERGY sp. z.o.o.
35. SIERRA ENERGY LIMITED
36. SIERRA RENEWABLE ENERGY sp, z o.o.
37. TIMBER ENERGY LIMITED
38. TIMBER RENEWABLE ENERGY sp. z o.o.
39. WHISKEY ENERGY LIMITED
40. WHISKEY RENEWABLE ENERGY sp. z o.o.

4922-1360-0431.1 PJJ.001

**ACTION BY WRITTEN CONSENT**
**OF**
**IRIS ENERGY LIMITED**

May 28, 2026

The undersigned, a majority of the members of the Board of Directors (the "Authorizing Body") of Iris Energy Limited (the "Company"), a Maltese Limited Liability Company, pursuant to the applicable laws of the jurisdiction in which the Company is organized or incorporated and the applicable governing documents of the Company (the "Governing Documents"), acting due to the urgency of the subject matter, and prior to a meeting of the board of directors, which shall be called after giving appropriate notice, within fourteen days from today, at which they undertake to exercise their majority position on the board in order to formally ratify the actions and resolutions hereunder, do hereby consent to the adoption of the following resolutions (the "Resolutions") and direct that this action by them be filed in the records of the Company after due ratification. The undersigned hereby agree that the Resolutions set forth below shall, after ratification have full force and effect be deemed to have been adopted to the same extent, and to have the same force and effect, as though adopted at a meeting of the Authorizing Body of the Company, duly called and acting upon proposals to adopt such Resolutions.

**RECITALS**

**WHEREAS**, Goldenpeaks Poland Holding Ltd. ("TopCo") is a Maltese limited liability company managed by a board of directors (the "TopCo Board");

**WHEREAS**, each of the entities on the list attached hereto as Exhibit A-1 (the "Malta Group Companies" and each a "Malta Group Company") is a Maltese limited liability company managed by a board of directors (collectively, the "Maltese Company Boards");

**WHEREAS**, TopCo, the Malta Group Companies, and certain other direct and indirect subsidiaries thereof are referred to herein collectively as the "Group Companies" and each individually as a "Group Company" and the TopCo Board, the Maltese Company Boards, and the governing bodies of each of the other Group Companies are referred to herein collectively as the "Governing Bodies" and each individually as the "Governing Body" in respect of its applicable Group Company;

**WHEREAS,** the Authorizing Body has reviewed and considered the financial and operational condition of their respective Group Company and of the Group Companies as a whole, including the historical performance of the Group Companies, the assets of the Group Companies, the current and long-term liabilities of the Group Companies, and relevant industry and market conditions, and have considered various alternatives in respect of such matters;

**WHEREAS**, the Authorizing Body has had an opportunity to consult with the management and the legal, financial, and other outside professional advisors of the Group Companies to fully consider each of the strategic alternatives available to the Group Companies;

4905-2582-2128.2 31827.00002

**WHEREAS**, the Authorizing Body has received, reviewed, and considered the recommendations of, and the materials presented by, the Group Companies' legal, financial, and other outside professional advisors as to the financial condition of its applicable Group Company and the Group Companies and the relative risks and benefits of pursuing a case under the provisions of chapter 11 of the title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, the Authorizing Body reasonably believes that its applicable Group Company's pursuing a case under the Bankruptcy Code on a coordinated basis with the other Group Companies is expected to preserve more value for such Group Company and its stakeholders than any other available alternative;

**WHEREAS**, the Authorizing Body has reviewed and considered the need for Authorized Persons (as defined below) to take further actions to carry out the intent and purpose of the following resolutions, perform the obligations of the Company under the Bankruptcy Code, and pay fees and expenses in connection with the transactions contemplated by the below resolutions; and

**WHEREAS**, the Authorizing Body has reviewed and considered certain actions that may have previously been taken by any director, officer, employee, or agent of each Group Company or any director, officer, employee, manager, member, stockholder, general partner, or agent of any other Group Company in connection with or related to the matter set forth in the below resolutions.

**NOW, THEREFORE, BE IT:**

A.     **Bankruptcy Resolutions**

1.     *Chapter 11 Filings*

**RESOLVED**, that the Authorizing Body hereby determines that it is desirable and in the best interests of the Company, its equity holders, its creditors, and other parties in interest that the Company file a voluntary petition for relief (the "Petition" and, together with the similar petitions by all other Group Companies, the "Petitions") and commence a case (collectively, the "Chapter 11 Cases") under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"); and be it further

**RESOLVED**, that the Authorizing Body hereby authorizes, directs, and empowers either of Mr. Jame Donath and Mr. Josiah Rotenberg (each, an "Authorized Person"), acting in the name and on behalf of the Company, to (i) execute and verify the Petition as well as all other ancillary documents, and to cause the Petition to be filed with the Bankruptcy Court, and to make or cause to be made prior to the execution thereof, any modifications to the Petition or ancillary documents, and to (ii) execute, verify, and file or cause to be filed all of the Petitions, schedules, lists, and other motions, objections, replies, applications, and other papers or documents advisable, appropriate, convenient, desirable, or necessary in connection with the foregoing; and be it further

**RESOLVED**, that in connection with the filing of the Petitions, that the Authorizing Body, hereby (i) authorizes and directs the Authorized Persons, in the name and on behalf of the Company, to engage in discussions and negotiations with all stakeholders in order to prosecute the Chapter 11 Cases; (ii) authorize, adopt, and approve the form, terms, and provisions of, and is

hereby authorized and empowered to file with the Bankruptcy Court any motions, pleadings, and any other documents to be performed or agreed to by the Company that are reasonably necessary for prosecution of and in connection with the proceedings of the Chapter 11 Cases (collectively, the "Ancillary Documents"), and (iii) authorizes and directs the Authorized Persons, in the name and on behalf of the Company, to execute and deliver (with such changes, additions, and modifications thereto as the Authorized Persons executing the same shall approve, such approval to be conclusively evidenced by such Authorized Persons' execution and delivery thereof) each of the Ancillary Documents to which the Company is a party and, upon the execution and delivery thereof by each of the other parties thereto, cause the Company to perform its obligations thereunder; and be it further

## 2.      *Retention of Professionals*

**RESOLVED**, that the Authorizing Body hereby authorizes and directs each Authorized Person, in the name and on behalf of the Company, to employ certain individuals and/or firms as counsel, professionals, consultants, accountants, restructuring advisors, financial advisors, and noticing agents to the Company as such Authorized Person, or any one of them, may deem advisable, appropriate, convenient, desirable, or necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Authorized Persons be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the Petition, and to cause to be filed appropriate applications for authority to retain the services of such individuals and firms; and be it further

## B.      <u>General</u>

**RESOLVED**, that the Authorizing Body hereby authorizes, directs, and empowers each of the Authorized Persons, from time to time in the name and on behalf of the Company, to (i) take such further actions and execute and deliver such certificates, instruments, guaranties, notices, and documents as may be required or as such Authorized Person or any one of them may deem advisable, appropriate, convenient, desirable, or necessary to carry out the intent and purpose of the foregoing resolutions, including the execution and delivery of any security agreements, pledges, financing statements, and the like, (ii) perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Authorized Person performing or executing the same shall approve, and the performance or execution thereof by such Authorized Person shall be conclusive evidence of the approval thereof by such Authorized Person and by the Company, and (iii) pay fees and expenses in connection with the transactions contemplated by the foregoing resolutions; and be it further

**RESOLVED**, that all actions previously taken by any director, officer, employee, or agent of the Company in connection with or related to the matters set forth in or reasonably contemplated or implied by the foregoing resolutions be, and each of them hereby is, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and be it further

**RESOLVED**, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the governing documents of the Company, or hereby waives any right to have received such notice.

**IN WITNESS WHEREOF**, each of the undersigned has executed this Written Consent as of the date set forth below opposite such person's name, which may be executed in one or more counterparts, each of which shall be deemed an original, and all of which shall constitute one and the same instrument.  This consent may be executed by PDF or any electronic signature complying with the U.S. federal ESIGN Act of 2000 (*e.g.*, www.docusign.com). Any copy, facsimile, or other reliable reproduction of this action may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used, provided that such copy, facsimile, or other reproduction be a complete reproduction of the entire original writing.

*Jame Donath*
Jame Donath (May 28, 2026 18:47:33 EDT)

Jame Donath                                         Date

Josiah Rotenberg (May 29, 2026 10:33:14 GMT+3)

Josiah Rotenberg                                    Date

**Exhibit A-1**

**(Malta Group Companies)**

1. Alpha Energy Malta Limited

2. DE Renewable Energy Holding Limited

3. Delta Renewable Energy Limited

4. Echo Renewable Energy Limited

5. Foxtrot Renewable Energy Limited

6. Gamma Energy Limited

7. Helios Energy Limited

8. Iris Energy Limited

9. Juno Energy Limited

10. Leto Energy Holding Limited

11. Leto Energy Limited

12. Leto Renewable Energy Limited

13. Project Bravo Malta Ltd

14. Project Charlie SPC Limited

15. Sierra Energy Limited

16. Timber Energy Limited

17. Whiskey Energy Limited

**Fill in this information to identify the case:**

Debtor name   IRIS ENERGY LIMITED

United States Bankruptcy Court for the Southern District of Texas

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. Kronospan Polska Spółka Z Ograniczoną Odpowiedzial ul. Waryńskiego 1 Szczecinek, 78-400 Poland | Individual contact information on file | Accounts Payable | | | | $530,937.71 |
| 2. CNBM Research Institute For Advanced Glass No.1047 Tushan Road Bengbu, Anhui, 233010 China | Individual contact information on file | Accounts Payable | | | | $282,553.74 |
| 3. Kraft Foods Schweiz Holding Gmbh 4 Chollerstrasse Zug, 6300 Switzerland | Individual contact information on file | Accounts Payable | | | | $221,290.55 |
| 4. DWF Poland Jamka Spółka Komandytowa plac Stanisława Małachowskiego 2 Warsaw, 00-066 Poland | Individual contact information on file | Accounts Payable | | | | $86,487.79 |
| 5. Advantim Sp. z o.o. Audit Spółka Komandytowa ul. Skierniewicka 10A Warsaw, 01-230 Poland | Individual contact information on file | Accounts Payable | | | | $85,964.86 |

4922-1360-0431.1 PJJ.001

Debtor   IRIS ENERGY LIMITED
         Name
                                                    Case number (*if known*)

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6. CMS Cameron Varso Tower Chmielna 69 Warsaw, 00-801 Poland | Individual contact information on file | Accounts Payable | | | | $49,400.79 |
| 7. Greenberg Traurig Nowakowska-Zimoch Wysokiński Varso Tower Chmielna 69 Warsaw, 00-801 Poland | Individual contact information on file | Accounts Payable | | | | $48,408.20 |
| 8. Inspect Jacek Mogiłka ul. Adama Mickiewicza 49/1 Malbork, 82-200 Poland | Individual contact information on file | Accounts Payable | | | | $45,764.01 |
| 9. Towarzystwo Ubezpieczeń I Reasekuracji Warta S.A. Group, I. Daszyńskiego 1 Warsaw, 00-843 Poland | Individual contact information on file | Accounts Payable | | | | $40,846.41 |
| 10. CRP Tax The Shire, Plac Małachowskiego 2 Warsaw, 00-066 Poland | Individual contact information on file | Accounts Payable | | | | $34,188.99 |
| 11. Ayesa Polska Sp. z o.o. Ul. Szyb Walenty 26a Ruda Śląska, 41-700 Poland | Individual contact information on file | Accounts Payable | | | | $31,765.24 |
| 12. Ganado & Associates Advocates 171, Old Bakery Street Valletta, VLT 1455 Malta | Individual contact information on file | Accounts Payable | | | | $21,768.00 |
| 13. Reckitt Benckiser Production (Poland) Sp. z o.oOkunin 1Nowy Dwor Mazowiecki, 05-100Poland | Individual contact information on file | Accounts Payable | | | | $19,433.51 |
| 14. DNV Poland Sp. z o.o. Ul. Luzycka 6E Gdynia, 81-537 Poland | Individual contact information on file | Accounts Payable | | | | $16,756.33 |

4922-1360-0431.1 PJJ.001

Debtor    IRIS ENERGY LIMITED
_____
Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15. Kancelaria Notarialna Emil Góźdź Joanna Góźdź Notariusze Spółka Cywilna ul. Sienna 83 lok. 102 Warsaw, Wola, 00-815 Poland | Individual contact information on file | Accounts Payable | | | | $13,052.06 |
| 16. Compensa Towarzystwo Ubezpieczeń S.A. Vienna Insurance Group ALEJE JEROZOLIMSKIE 162 Warsaw, 02-342 Poland | Individual contact information on file | Accounts Payable | | | | $11,745.60 |
| 17. PDC Construction Management Spółka Jawna 55A/1 Drewnowska Street Łódź, 91-002 Poland | Individual contact information on file | Accounts Payable | | | | $5,763.43 |
| 18. Dentons Europe Dąbrowski i Wspólnicy sp. k. ul. Zajęcza 4 Warsaw, 00-351 Poland | Individual contact information on file | Accounts Payable | | | | $5,245.55 |
| 19. Bond Capital House GmbH Bahnhofstrasse 10 Zurich, 8001 Switzerland | Individual contact information on file | Accounts Payable | | | | $4,839.00 |
| 20. Towarowa Giełda Energii S.A. Książęca 4 Warsaw, 00-498 Poland | Individual contact information on file | Accounts Payable | | | | $1,836.10 |
| 21. China Construction Bank Corporation Anhui Branch No. 253 Huizhou Road Hefei, 230001 China | Individual contact information on file | Performance Bond | Contingent, Unliquidated | | | Undetermined |
| 22. China Merchants Bank Hefei Branch Jin Cheng Building No. 436 central Changjiang Rd Hefei, Anhui, 230061 China | Individual contact information on file | Performance Bond | Contingent, Unliquidated | | | Undetermined |

4922-1360-0431.1 PJJ.001

Debtor   IRIS ENERGY LIMITED
         Name                                                          Case number (*if known*)

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 23. Agricultural Bank of China Anhui Branch 448 Changjiang Zhonglu Hefei, Anhui Province, 230061 P.R. China | Individual contact information on file | Performance Bond | Contingent, Unliquidated | | | Undetermined |

4922-1360-0431.1 PJJ.001

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| IRIS ENERGY LIMITED, | Case No. 26-_____ (___) |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐ None [*check if applicable*]

| | |
|---|---|
| Name: | GOLDENPEAKS POLAND HOLDING LIMITED |
| Address: | 216, Level 6, Rosa Marina Bldg.<br>Marina Seafront<br>Pieta PTA 9014 Malta |

4922-1360-0431.1 PJJ.001

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| IRIS ENERGY LIMITED, | Case No. 26-_____ (___) |
| Debtor. | |

**LIST OF EQUITY SECURITY HOLDERS**

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| GOLDENPEAKS POLAND HOLDING LIMITED | 216, Level 6, Rosa Marina Bldg. Marina Seafront Pieta PTA 9014 Malta | 100% |

4922-1360-0431.1 PJJ.001

**Fill in this information to identify the case:**

Debtor name    **IRIS ENERGY LIMITED**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑   Other document that requires a declaration    **Corporate Ownership Statement, List of Equity Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 29, 2026**      X **/s/ Jame Donath**
                                                     Signature of individual signing on behalf of debtor

                                               **Jame Donath**
                                               Printed name

                                               **Non-Executive Director**
                                               Position or relationship to debtor